UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:17-mj-0153 |
| | ) | |
| MELODY DUNCAN, | ) | - 01 |
| Defendant. | ) | |

## MINUTE ENTRY
### For March 6, 2017

Parties appear for a Rule 5(c)(3) hearing on a superseding information filed on July 20, 2016 out of the Western District of Kentucky (5:16-mj-103-LLK, Fort Campbell). Defendant appeared in person and by FCD counsel Dominic Martin. Government represented by AUSA Barry Glickman. USPO represented by Danieka Thompkins.

Financial affidavit approved. Counsel appointed.

Charges and rights were read and explained.

Defendant waived her right to an identity hearing.

Government did not seek pretrial detention and defendant ordered released. Defendant is ordered to appear on April 13, 2017 at 8:00 a.m. (CT), Auxiliary Courthouse, 5858 Tennessee Avenue, Fort Campbell, Kentucky 42223.

Defendant waived any further proceedings in this Court and request those hearings she is entitled to be held in the charging district.

Defendant released on her own recognizance pending further proceedings in the Western District of Kentucky.

Date: 3/6/17

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana